**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      NO. 4:10CR00294-02 JLH

KAMERON NORRIS                                                                           DEFENDANT

### ORDER

The government's motion to dismiss petition to revoke is GRANTED. Document #171. The petition to revoke as to Kameron Norris is hereby dismissed without prejudice. Document #156. The hearing previously scheduled for Monday, April 11, 2016, is hereby cancelled and the summons is recalled.

IT IS SO ORDERED this 7th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE